Brent W. COOK, Plaintiff—Appellant,

v.

MEDICAL DEPT., STAFF; Intake, Booking Officers; Sgt Berry, Sgt; Sgt Durity, Sgt, Defendants–Appellees.

No. 15–6756.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

Brent William Cook, Appellant Pro Se.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent William Cook appeals the district court's order denying his motion to reopen his 42 U.S.C. § 1983 (2012) proceeding. We have reviewed the record and find no reversible error. Accordingly, we deny Cook's motions for leave to proceed in forma pauperis and for appointment of counsel, and we dismiss the appeal for the reasons stated by the district court. *Cook v. Med. Dep't*, No. 1:14–cv–00022–GBL–JFA (E.D.Va. Apr. 21, 2015); *see also* 4th Cir. R. 34(b) (limiting our review to the issues raised in Appellant's informal brief). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*